IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| JASON DENT | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:18-CV-452 |
| MARK S. INCH, *et al.,* | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Jason Dent, an inmate confined at a confined at a Federal Correctional Institution in Adelanto, California, proceeding *pro se*, filed an Emergency Motion for Injunction against several defendants from the United States Prison in Beaumont, Texas.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends Plaintiff's Motion for Preliminary Injunction/Motion Evidentiary Hearing be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the 2 day of **January, 2019.**

_____
Thad Heartfield
United States District Judge

---

[1] Petitioner received a copy of the Report and Recommendation on October 10, 2018 (docket entry no. 4)